**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

CARLA JEAN DAHL US CENSUS,
and MAJOR FRED BABCOCK USMC,

Civil No. 14-0463 (SRN/JJG)

Plaintiffs,

v.

**ORDER ON REPORT AND RECOMMENDATION**

TOP SECRET CLASSIFIED INFORMATION,

Defendant.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**;

2. Plaintiffs' application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 18, 2014          s/Susan Richard Nelson
                               SUSAN RICHARD NELSON
                               United States District Judge